IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TERRANCE D. DURR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 1:12-cv-536-MEF |
| | ) | (WO -- Do Not Publish) |
| ADAMS BEVERAGES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This cause is before the Court on a Motion to Compel Arbitration and Dismiss, or in the Alternative, to Stay Proceedings (Doc. #21). This motion was filed on March 19, 2013, by Defendant Adams Beverages, Inc. ("Defendant"). By this motion, Defendant seeks to compel Plaintiff Terrance D. Durr ("Plaintiff") to submit his employment dispute with it to arbitration pursuant to a prior agreement between the parties. Defendant also asks this Court to stay these proceedings pending arbitration. Plaintiff has filed a written response to Defendant's motion (Doc. #26) and has consented to submitting his claims to arbitration.

Having reviewed the record in this action, the Court hereby ORDERS that Defendant's motion (Doc. #21) is GRANTED IN PART and DENIED IN PART. The motion (Doc. #21) is GRANTED to the extent it seeks to compel arbitration of Plaintiff's claims against Defendant, and the parties are hereby ORDERED to submit all claims, controversies, and disputes between them as alleged in the Complaint to arbitration in accordance with the terms of the agreement between them. It is further ORDERED that this matter is STAYED pending the completion of arbitration pursuant to 9 U.S.C. § 3.

Defendant's motion (Doc. #21) is DENIED to the extent it seeks dismissal of Plaintiff's claims against Defendant.

It is further ORDERED that the parties shall file a jointly prepared report on the status of this case on or before July 1, 2013, and the parties shall thereafter file a jointly prepared report on the first Tuesday of every month until such time as the parties jointly stipulate that this action can be dismissed. The jointly prepared report shall indicate the status of the arbitration proceedings and the expected date those proceedings will be concluded.

Finally, it is ORDERED that Defendant's Motion for Summary Judgment (Doc. #22) is DENIED WITH LEAVE TO REFILE if necessary at a future date to be set by the Court pending arbitration proceedings.

DONE this the 9th day of May, 2013.

                                          /s/ Mark E. Fuller
                                  UNITED STATES DISTRICT JUDGE