# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **TERRANCE D. DURR,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No.: 1:12-cv-536-MEF-CSC** |
| | ) | |
| **ADAMS BEVERAGES, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>MOTION TO DISMISS</u>

Comes now the Defendant, Adams Beverages, Inc. and hereby moves this Court

for an Order dismissing the above-referenced action, with prejudice.  As grounds

therefore, the Defendant states as follows:

1.      This case was placed under a stay for completion of arbitration.

2.      The Arbitrator has now entered judgment in the Defendant's favor.

3.      Said judgment effectively terminates this litigation.

4.      As the Arbitrator's judgment is due to be enforced, the Defendant requests

that this Court enter an Order entering judgment in favor of the Defendant on all

allegations of the Plaintiff's Complaint and dismissing this case with prejudice.

Respectfully submitted,

s/Joseph E. Stott
**JOSEPH E. STOTT -  (ASB-4163-T71J)**
Attorney for Defendant Adams Beverages, Inc.

**OF COUNSEL:**

**Scott, Sullivan, Streetman & Fox, P.C.**
2450 Valleydale Road
Birmingham, AL 35244
(205) 967-9675
(205) 967-7563 Fax#
jstott@sssandf.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **TERRANCE D. DURR,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No.: 1:12-cv-536-MEF-CSC** |
| | ) | |
| **ADAMS BEVERAGES, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have on June 6, 2016 served a copy of the foregoing on the following attorneys of record via CM/ECF and/or by placing a copy of same in the U.S. Mail:

Henry L. Penick, Esq.
H.L. Penick & Associates, P.C.
1728 - 3rd Avenue North, Suite 400-A
P.O. Box 967
Birmingham, Alabama 35201-0967

**s/Joseph E. Stott** _____
**OF COUNSEL**