IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERRANCE D. DURR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:12-CV-536-WKW |
| ) | |
| ADAMS BEVERAGES, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Before the court is Defendant's motion to dismiss (Doc. # 67) this case with prejudice on grounds that the arbitrator has entered judgment in favor of Defendant.

By Order entered June 6, 2016 (Doc. # 68), Plaintiff was required to show cause, on or before June 14, 2016, why Defendant's motion to dismiss should not be granted. Plaintiff has not filed any response to the motion or the June 6, 2016 Order. Accordingly, it is ORDERED that the motion to dismiss (Doc. # 67) is GRANTED and that this case is DISMISSED with prejudice.

DONE this 22nd day of June, 2016.

                                          /s/ W. Keith Watkins
                              CHIEF UNITED STATES DISTRICT JUDGE